**United States District Court**<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. KAISER, | No. C 12-01311 DMR |
| Plaintiff(s), | **ORDER RESETTING MOTION HEARING DATE** |
| v. | |
| BMW OF NORTH AMERICA, LLC, | |
| Defendant(s). | |

On September 17, 2012, Defendant Council of Better Business Bureaus, Inc. filed a motion to dismiss with a hearing date of October 23, 2012. [*See* Docket No. 30.] Because that date is not a proper law and motion hearing date, the court resets the motion hearing date for October 25, 2012 at 11:00 a.m.

IT IS SO ORDERED.

Dated: September 18, 2012

_____
DONNA M. RYU
United States Magistrate Judge