**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. KAISER,<br><br>    Plaintiff(s),<br><br>    v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>    Defendant(s).<br>_____/ | No. C 12-01311 DMR<br><br>**ORDER RESETTING MOTION HEARING DATE** |

On September 17, 2012, Defendant Council of Better Business Bureaus, Inc. filed a motion to dismiss with a hearing date of October 23, 2012. [*See* Docket No. 30.] Because that date is not a proper law and motion hearing date, the court resets the motion hearing date for October 25, 2012 at 11:00 a.m.

IT IS SO ORDERED.

Dated: September 18, 2012

DONNA M. RYU
United States Magistrate Judge