**United States District Court**

For the Northern District of California

1
2
3
4
5
6                        UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8

9   JEFFREY A. KAISER,                          No. C-12-01311 DMR

10            Plaintiff(s),                      **ORDER CONTINUING CASE
                                                 MANAGEMENT CONFERENCE**
11        v.

12   BMW OF NORTH AMERICA, LLC,

13            Defendant(s).
     _____/
14

15   TO ALL PARTIES AND COUNSEL OF RECORD:

16        The Case Management Conference previously scheduled for September 6, 2012 has been

17   CONTINUED to **October 25, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301

18   Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than

19   **October 18, 2012.**

20        IT IS SO ORDERED.

21

22   Dated:  September 20, 2012

23                                              _____
                                                DONNA M. RYU
24                                              United States Magistrate Judge

25
26
27
28