**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY A. KAISER,                                            No. C-12-01311 DMR

        Plaintiff(s),                              **ORDER CONTINUING CASE**
                                                             **MANAGEMENT CONFERENCE**
    v.

BMW OF NORTH AMERICA, LLC,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      The Case Management Conference previously scheduled for September 6, 2012 has been

CONTINUED to **October 25, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301

Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than

**October 18, 2012.**

      IT IS SO ORDERED.

Dated:  September 20, 2012

_____
DONNA M. RYU
United States Magistrate Judge