United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY A. KAISER,

        Plaintiff(s),

   v.

BMW OF NORTH AMERICA, LLC,

        Defendant(s).
_____/

No. C-12-01311-DMR

**NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court is in receipt of the parties' joint letters regarding their discovery dispute. [Docket Nos. 69 and 70.]  You are hereby notified that a hearing regarding the letters is set for April 18, 2013, at 11 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

    IT IS SO ORDERED.

Dated: March 14, 2013

_____
DONNA M. RYU
United States Magistrate Judge