Lawrence J. Gornick (SBN 136290)
Dennis J. Canty (SBN 207978)
Nicholas A. Deming (SBN 287917)
**KAISER GORNICK LLP**
100 First Street, 25th Floor
San Francisco, CA  94105
Telephone:  (415) 857-7400
Fax:  (415) 857-7499
lgornick@kaisergornick.com
dcanty@kaisergornick.com
ndeming@kaisergornick.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JEFFREY A. KAISER,<br><br>        Plaintiff,<br><br>   vs.<br><br>BMW OF NORTH AMERICA, LLC, and COUNCIL OF BETTER BUSINESS BUREAUS, INC.<br><br>        Defendants. | Case No: C12-01311 DMR<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE** |

      In the interest of judicial economy, the parties to the action stipulate to and request a continuance of the status conference currently set for April 17, 2013, to coincide with the hearing regarding discovery disputes set for April 18, 2013 at 11:00 a.m.   Updated Joint Case Management Conference Statement is due April 11, 2013.

      IT IS SO STIPULATED.

Dated: April 3, 2013                **KAISER GORNICK LLP**

         _/s/ Dennis Canty_____
        LAWRENCE J. GORNICK
        DENNIS J. CANTY
        NICHOLAS A. DEMING

        Attorneys for Plaintiff
        JEFFREY A. KAISER

1  Dated: April 3, 2013                    **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

2                                           _/s/ Roger Raphael_____
                                            ROGER RAPHAEL
3                                           SHAHRAM NASSI

4                                           Attorneys for BMW of North America, LLC

5

6  Dated: April 3, 2013                    **HAYES SCOTT BONINO ELLINGSON
                                            & McLAY LLP**
7
                                            _/s/ Dara Tang_____
8                                           STEPHEN A. SCOTT
                                            DARA M. TANG
9
                                            Attorneys for Council of Better Business Bureaus, Inc.
10

11

12          IT IS SO ORDERED.

13

14  Dated:  _4/3/2013_____

15                                          _____
                                            HONORABLE DONNA M. RYU
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE

1

<u>**CERTIFICATE OF SERVICE**</u>

2        I hereby certify that on April 3, 2013, I electronically filed the foregoing with the Clerk of the

3  Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| 4 | Roger S. Raphael<br>Shahram Nassi |
| 5 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 6 | One Sansome Street, Suite 1400<br>San Francisco, CA 94104 |
| 7 | Telephone: (415) 362-2580<br>Facsimile: (415) 434-0882 |
| 8 | raphael@lbbslaw.com<br>nassi@lbbslaw.com |
| 9 | |
| 10 | Attorneys for BMW OF NORTH AMERICA,<br>LLC |

| Roger S. Raphael<br>Shahram Nassi<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104<br>Telephone: (415) 362-2580<br>Facsimile: (415) 434-0882<br>raphael@lbbslaw.com<br>nassi@lbbslaw.com<br><br>Attorneys for BMW OF NORTH AMERICA,<br>LLC | Stephen A. Scott<br>Dara M. Tang<br>HAYES SCOTT BONINO ELLINGSON &<br>McLAY, LLP<br>203 Redwood Shores Pkwy., Ste. 480<br>Redwood City, CA 94065<br>Telephone: (650) 637-9100<br>Facsimile: (650)637-8071<br>sscott@hayesscott.com<br>dtang@hayesscott.com<br><br>Attorneys for COUNCIL OF BETTER<br>BUSINESS BUREAUS, INC. |

11

12

13                    By:  /s/ Dennis J. Canty
                          Dennis J. Canty

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28