UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. KAISER,<br><br>        Plaintiff(s),<br><br>    v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>        Defendant(s).<br>_____/ | No. C-12-01311-DMR<br><br>**NOTICE AND ORDER SETTING HEARING ON DEFENDANT COUNCIL OF BETTER BUSINESS BUREAUS' MOTION FOR LEAVE TO FILE ANTI-SLAPP MOTION [DOCKET NO. 76]** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of Defendant Council of Better Business Bureaus' Motion for Leave to File Anti-SLAPP Motion ("Motion") [Docket No. 76] and the parties' Stipulation and Proposed Order to Shorten Time ("Proposed Order to Shorten Time") [Docket No. 80]. The Proposed Order to Shorten Time is DENIED.

You are hereby notified that a hearing regarding the dispute is set for **11 a.m. on May 30, 2013** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar). Any Opposition to the Motion must be filed by May 1, 2013. Any Reply to the Opposition must be filed by May 8, 2013.

1      IT IS SO ORDERED.

2 Dated: April 24, 2013

                                      DONNA M. RYU
                                      United States Magistrate Judge

**United States District Court**
For the Northern District of California