STEPHEN A. SCOTT (SBN 67467)
DARA M. TANG (SBN 231413)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
COUNCIL OF BETTER BUSINESS BUREAUS, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. KAISER,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, and COUNCIL OF BETTER BUSINESS BUREAUS, INC.,<br><br>Defendants. | CASE NO. C 12-01311 DMR<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR DEFENDANT COUNCIL OF BETTER BUSINESS BUREAUS, INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE ANTI-SLAPP |

### STIPULATION BETWEEN PLAINTIFF AND DEFENDANT BBB

WHEREAS, on April 17, 2013, Defendant Council of Better Business Bureaus, Inc. ("BBB") filed a Motion for Leave to File an Anti-SLAPP Motion pursuant to California Code of Civil Procedure §425.16;

WHEREAS, on April 24, 2013, the court set the BBB's Motion for Leave for hearing on May 30, 2013, with plaintiff's opposition due May 1, 2013, and BBB's reply brief due May 8, 2013;

WHEREAS, plaintiff and BBB have reached a settlement in principal and are working on preparing the settlement documents;

WHEREAS, in light of the settlement, plaintiff and BBB agree and stipulate to continue the deadline for BBB to file its reply brief from May 8, 2013 to May 16, 2013, as plaintiff and BBB expect that the settlement documents will be finalized by that time.

**It is so Stipulated:**

Dated: May 6, 2013                     HAYES, SCOTT, BONINO, ELLINGSON & McLAY, LLP


                                       By:  //S// Dara M. Tang
                                            STEPHEN A. SCOTT
                                            DARA M. TANG
                                            Attorneys for Defendant
                                            COUNCIL OF BETTER BUSINESS
                                            BUREAUS, INC.


Dated: May 6, 2013                     KAISER GORNICK LLP


                                       By:  //S// Dennis J. Canty
                                            LAWRENCE J. GORNICK
                                            DENNIS J. CANTY
                                            Attorneys for Plaintiff
                                            JEFFREY A. KAISER

448931

- 2 -

**STIPULATION AND [PROPOSED] ORDER**
**CASE NO. C 12-01311 DMR**

# [~~PROPOSED~~] ORDER

Based on the Stipulation of the Parties, BBB's Reply Brief in Support of its Motion for Leave to File an Anti-SLAPP Motion will be due on May 16, 2013.

**IT IS SO ORDERED.**

Dated: May  6  , 2013

_____
Honorable Donna M. Ryu