STEPHEN A. SCOTT (SBN 67467)
DARA M. TANG (SBN 231413)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
COUNCIL OF BETTER BUSINESS BUREAUS, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. KAISER,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, and COUNCIL OF BETTER BUSINESS BUREAUS, INC.,<br><br>Defendants. | CASE NO. C 12-01311 DMR<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR DEFENDANT COUNCIL OF BETTER BUSINESS BUREAUS, INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE ANTI-SLAPP |

## STIPULATION BETWEEN PLAINTIFF AND DEFENDANT BBB

WHEREAS, on April 17, 2013, Defendant Council of Better Business Bureaus, Inc. ("BBB") filed a Motion for Leave to File an Anti-SLAPP Motion pursuant to California Code of Civil Procedure §425.16;

WHEREAS, on April 24, 2013, the court set the BBB's Motion for Leave for hearing on May 30, 2013, with plaintiff's opposition due May 1, 2013, and BBB's reply brief due May 8, 2013;

WHEREAS, on May 6, 2013, the parties filed a Stipulation to continue the deadline for BBB's reply brief from May 8, 2013 to May 16, 2013 as the parties were working on drafting a settlement agreement;

WHEREAS, on May 8, 2013, the court granted the continuance of BBB's reply brief from May 8, 2013 to May 16, 2013;

WHEREAS, the parties have finalized the terms of their Settlement Agreement, but are

1 awaiting approval from the Department of Consumer Affairs, Arbitration Certification Program
2 ("ACP") with regards to one of the settlement terms;
3   WHEREAS, BBB expects to hear back from ACP shortly such that the Settlement
4 Agreement may be finalized and executed, and the parties thus agree and stipulate to continue the
5 deadline for BBB to file its reply brief from May 16, 2013 to May 23, 2013.

**It is so Stipulated:**

Dated: May 14, 2013             HAYES, SCOTT, BONINO, ELLINGSON & McLAY, LLP


                                By:   //S// Dara M. Tang
                                      STEPHEN A. SCOTT
                                      DARA M. TANG
                                      Attorneys for Defendant
                                      COUNCIL OF BETTER BUSINESS
                                      BUREAUS, INC.


Dated: May 14, 2013             KAISER GORNICK LLP


                                By:   //S// Dennis J. Canty
                                      LAWRENCE J. GORNICK
                                      DENNIS J. CANTY
                                      Attorneys for Plaintiff
                                      JEFFREY A. KAISER

## [PROPOSED] ORDER

Based on the Stipulation of the Parties, BBB's Reply Brief in Support of its Motion for Leave to File an Anti-SLAPP Motion will be due on May 23, 2013.

**IT IS SO ORDERED.**

Dated: May __14__, 2013

_____
Honorable Donna M. Ryu