1  STEPHEN A. SCOTT (SBN 67467)
   DARA M. TANG (SBN 231413)
2  HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
   203 Redwood Shores Pkwy., Ste. 480
3  Redwood City, California  94065
   Telephone:  650.637.9100
4  Facsimile:  650.637.8071

5  Attorneys for Defendant
   COUNCIL OF BETTER BUSINESS BUREAUS, INC.
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 JEFFREY A. KAISER,                      | CASE NO.  C 12-01311 DMR

11                Plaintiff,               | STIPULATION AND [█████████]
                                           | ORDER CONTINUING THE DEADLINE
12        v.                               | FOR DEFENDANT COUNCIL OF
                                           | BETTER BUSINESS BUREAUS, INC.'S
13 BMW OF NORTH AMERICA, LLC, and          | REPLY BRIEF IN SUPPORT OF ITS
   COUNCIL OF BETTER BUSINESS              | MOTION FOR LEAVE TO FILE ANTI-
14 BUREAUS, INC.,                          | SLAPP

15                Defendants.

16

17        **STIPULATION BETWEEN PLAINTIFF AND DEFENDANT BBB**

18        WHEREAS, on April 17, 2013, Defendant Council of Better Business Bureaus, Inc.

19 ("BBB") filed a Motion for Leave to File an Anti-SLAPP Motion pursuant to California Code of

20 Civil Procedure §425.16;

21        WHEREAS, on April 24, 2013, the court set the BBB's Motion for Leave for hearing on

22 May 30, 2013, with plaintiff's opposition due May 1, 2013, and BBB's reply brief due May 8, 2013;

23        WHEREAS, on May 6, 2013, the parties filed a Stipulation to continue the deadline for

24 BBB's reply brief from May 8, 2013 to May 16, 2013 as the parties were working on drafting a

25 settlement agreement;

26        WHEREAS, on May 8, 2013, the court granted the continuance of BBB's reply brief from

27 May 8, 2013 to May 16, 2013;

28        WHEREAS, the parties have finalized the terms of their Settlement Agreement, but are

450414                              - 1 -

1   awaiting approval from the Department of Consumer Affairs, Arbitration Certification Program

2   ("ACP") with regards to one of the settlement terms;

3          WHEREAS, BBB expects to hear back from ACP shortly such that the Settlement

4   Agreement may be finalized and executed, and the parties thus agree and stipulate to continue the

5   deadline for BBB to file its reply brief from May 16, 2013 to May 23, 2013.

6

7   **It is so Stipulated:**

8   Dated: May 14, 2013                HAYES, SCOTT, BONINO, ELLINGSON & McLAY, LLP

9

10                                    By:    //S// Dara M. Tang
                                             STEPHEN A. SCOTT
11                                           DARA M. TANG
                                             Attorneys for Defendant
12                                           COUNCIL OF BETTER BUSINESS
                                             BUREAUS, INC.
13

14

15  Dated: May 14, 2013                KAISER GORNICK LLP

16

17                                    By:    //S// Dennis J. Canty
                                             LAWRENCE J. GORNICK
18                                           DENNIS J. CANTY
                                             Attorneys for Plaintiff
19                                           JEFFREY A. KAISER

20

21

22

23

24

25

26

27

28

450414                              - 2 -
                        STIPULATION AND [PROPOSED] ORDER
                           CASE NO. C 12-01311 DMR

1

[PROPOSED] ORDER

2

Based on the Stipulation of the Parties, BBB's Reply Brief in Support of its Motion for

3

Leave to File an Anti-SLAPP Motion will be due on May 23, 2013.

4

5

**IT IS SO ORDERED.**

6

7

Dated: May ___14___, 2013

8

Honorable Donna M. Ryu

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 12-01311 DMR