Lawrence J. Gornick (SBN 136290)
Dennis J. Canty (SBN 207978)
Nicholas A. Deming (SBN 287917)
**KAISER GORNICK LLP**
100 First Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 857-7400
Fax: (415) 857-7499
lgornick@kaisergornick.com
dcanty@kaisergornick.com
ndeming@kaisergornick.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JEFFREY A. KAISER,<br><br>       Plaintiff,<br><br>  vs.<br><br>BMW OF NORTH AMERICA, LLC; and COUNCIL OF BETTER BUSINESS BUREAUS, INC.,<br><br>       Defendants. | Case No: C12-01311 DMR<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**DEFENDANT COUNCIL OF BETTER BUSINESS BUREAUS, INC. ONLY** |

**IT IS STIPULATED** that plaintiff's claims against defendant Council of Better Business Bureaus, Inc. shall be dismissed with prejudice, each party to bear its own fees and costs.

Dated: May 20, 2013              **KAISER GORNICK LLP**

                                              /s/ Dennis J. Canty
                                         LAWRENCE J. GORNICK
                                         DENNIS J. CANTY
                                         NICHOLAS A. DEMING

                                         Attorneys for Plaintiff
                                         JEFFREY A. KAISER

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
DEFENDANT COUNCIL OF BETTER BUSINESS BUREAUS, INC. ONLY

1  Dated: May 20, 2013                    **HAYES, SCOTT, BONINO, ELLINGSON & McLAY, LLP**

2

3                                          /s/ Dara M. Tang
                                          STEPHEN A. SCOTT
4                                          DARA M. TANG
                                          Attorneys for Defendant
5                                          COUNCIL OF BETTER BUSINESS BUREAUS, INC.

6

7       **IT IS SO ORDERED.**

8

9  Dated:  May 21, 2013

10

11                                         Hon. Donna M. Ryu
                                          United States Magistrate Judge

- 2 -

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE
DEFENDANT COUNCIL OF BETTER BUSINESS BUREAUS, INC. ONLY