Lawrence J. Gornick (SBN 136290)
Dennis J. Canty (SBN 207978)
Nicholas A. Deming (SBN 287917)
**KAISER GORNICK LLP**
100 First Street, 25th Floor
San Francisco, CA  94105
Telephone:  (415) 857-7400
Fax:  (415) 857-7499
lgornick@kaisergornick.com
dcanty@kaisergornick.com
ndeming@kaisergornick.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JEFFREY A. KAISER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BMW OF NORTH AMERICA, LLC; and COUNCIL OF BETTER BUSINESS BUREAUS, INC.,<br><br>　　　　　Defendants. | Case No: C12-01311 DMR<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**DEFENDANT COUNCIL OF BETTER BUSINESS BUREAUS, INC. ONLY** |

**IT IS STIPULATED** that plaintiff's claims against defendant Council of Better Business Bureaus, Inc. shall be dismissed with prejudice, each party to bear its own fees and costs.

Dated: May 20, 2013            **KAISER GORNICK LLP**

　　　　　　　　　　　　　　　 /s/ Dennis J. Canty
　　　　　　　　　　　　　　LAWRENCE J. GORNICK
　　　　　　　　　　　　　　DENNIS J. CANTY
　　　　　　　　　　　　　　NICHOLAS A. DEMING

　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　JEFFREY A. KAISER

1 | Dated: May 20, 2013

**HAYES, SCOTT, BONINO, ELLINGSON & McLAY, LLP**

 /s/ Dara M. Tang
STEPHEN A. SCOTT
DARA M. TANG
Attorneys for Defendant
COUNCIL OF BETTER BUSINESS BUREAUS, INC.

**IT IS SO ORDERED.**

Dated: May 21, 2013

Hon. Donna M. Ryu
United States Magistrate Judge