| | |
|---|---|
| 1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| | ROGER S. RAPHAEL, SB# 111946 |
| 2 | E-Mail: Roger.Raphael@lewisbrisbois.com |
| | SHAHRAM NASSI, SB# 239812 |
| 3 | E-Mail: Shahram.Nassi@lewisbrisbois.com |
| | 333 Bush Street, Suite 1100 |
| 4 | San Francisco, California 94104 |
| | Telephone: 415.362.2580 |
| 5 | Facsimile: 415.434.0882 |
| 6 | Attorneys for Defendant |
| | BMW OF NORTH AMERICA, LLC |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | | |
|---|---|---|
| JEFFERY A. KAISER, | | CASE NO. C12-01311 DMR |
| Plaintiff, | | The Honorable DONNA M. RYU |
| vs. | | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BMW OF NORTH AMERICA, LLC** |
| BMW OF NORTH AMERICA, LLC; and COUNCIL OF BETTER BUSINESS BUREAUS, INC., | | |
| Defendant. | | Action Filed:  March 16, 2012 |

WHEREAS, on May 20, 2013 Defendant BMW of North America, LLC served Plaintiff with an F.R.C.P. Rule 68 offer of Entry of Judgment;

WHEREAS, on May 31, 2013 Plaintiff, through his attorneys of record, accepted BMW of North America, LLC's offer;

WHEREAS, following Plaintiff's acceptance of BMW of North America, LLC's F.R.C.P. Rule 68 offer, the parties negotiated a resolution of Plaintiff's attorney's fees claim;

WHEREAS, Plaintiff and BMW of North America, LLC have now resolved all claims and causes of action by Plaintiff against BMW of North America, LLC alleged in the herein lawsuit;

WHEREAS, the parties have each performed the acts required under the terms of their settlement, including payment of consideration by BMW of North America, LLC;

4819-4622-5684.1

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF COMPLAINT AGAINST BMW OF NORTH AMERICA, LLC

IT IS HEREBY STIPULATED that Plaintiff's entire complaint and all claims contained therein as against defendant BMW of North America, LLC shall be dismissed with prejudice.

IT IS SO STIPULATED.

Dated: July 15, 2012  **KAISER GORNICK LLP**

By: /s/ Dennis J. Canty
Dennis J. Canty
Attorneys for Plaintiff Jeffrey A. Kaiser

Dated: July 15, 2012  **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Shahram Nassi
Roger S. Raphael
Shahram Nassi
Attorneys for Defendant BMW OF NORTH AMERICA, LLC

### [PROPOSED] ORDER

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that:

Plaintiff Jeffrey A. Kaiser's complaint and all claims contained therein as against defendant BMW of North America, LLC shall be dismissed with prejudice.

**IT IS SO ORDERED**

Dated: July 15, 2013

Honorable Donna M. Ryu
United States Magistrate Judge

4819-4622-5684.1

2

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF COMPLAINT AGAINST BMW OF NORTH AMERICA, LLC