1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROGER S. RAPHAEL, SB# 111946
2    E-Mail: Roger.Raphael@lewisbrisbois.com
SHAHRAM NASSI, SB# 239812
3    E-Mail: Shahram.Nassi@lewisbrisbois.com
333 Bush Street, Suite 1100
4 San Francisco, California 94104
Telephone: 415.362.2580
5 Facsimile: 415.434.0882

6 Attorneys for Defendant
BMW OF NORTH AMERICA, LLC
7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11 JEFFERY A. KAISER,                      CASE NO. C12-01311 DMR

12          Plaintiff,                     The Honorable DONNA M. RYU

13      vs.                               **STIPULATION AND [P~~ROPOSED~~]**
                                          **ORDER OF DISMISSAL WITH**
14 BMW OF NORTH AMERICA, LLC; and         **PREJUDICE AS TO DEFENDANT BMW**
COUNCIL OF BETTER BUSINESS               **OF NORTH AMERICA, LLC**
15 BUREAUS, INC.,
                                          Action Filed:     March 16, 2012
16          Defendant.

17

18

19          WHEREAS, on May 20, 2013 Defendant BMW of North America, LLC served Plaintiff

20 with an F.R.C.P. Rule 68 offer of Entry of Judgment;

21          WHEREAS, on May 31, 2013 Plaintiff, through his attorneys of record, accepted BMW of

22 North America, LLC's offer;

23          WHEREAS, following Plaintiff's acceptance of BMW of North America, LLC's F.R.C.P.

24 Rule 68 offer, the parties negotiated a resolution of Plaintiff's attorney's fees claim;

25          WHEREAS, Plaintiff and BMW of North America, LLC have now resolved all claims and

26 causes of action by Plaintiff against BMW of North America, LLC alleged in the herein lawsuit;

27          WHEREAS, the parties have each performed the acts required under the terms of their

28 settlement, including payment of consideration by BMW of North America, LLC;

4819-4622-5684.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

IT IS HEREBY STIPULATED that Plaintiff's entire complaint and all claims contained therein as against defendant BMW of North America, LLC shall be dismissed with prejudice.

IT IS SO STIPULATED.

Dated: July 15, 2012          **KAISER GORNICK LLP**

By:    /s/ Dennis J. Canty
      Dennis J. Canty
      Attorneys for Plaintiff Jeffrey A. Kaiser

Dated: July 15, 2012          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:    /s/ Shahram Nassi
      Roger S. Raphael
      Shahram Nassi
      Attorneys for Defendant BMW OF NORTH
      AMERICA, LLC

**██████████ ORDER**

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that:

Plaintiff Jeffrey A. Kaiser's complaint and all claims contained therein as against defendant BMW of North America, LLC shall be dismissed with prejudice.

**IT IS SO ORDERED**

Dated: July 15, 2013                                  
                                     Honorable Donna M. Ryu
                                     United States Magistrate Judge

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4819-4622-5684.1

STIPULATION AND [██████████] ORDER RE DISMISSAL OF COMPLAINT AGAINST BMW OF NORTH AMERICA, LLC